UNITED STATES of America, Appellant, v. John LINNEMAN, d/b/a Hedrick Motor Transfer Lines.

No. 13633.

Circuit Court of Appeals, Eighth Circuit.

Sept. 15, 1947.

Maurice F. Donegan, U. S. Atty., of Davenport, Iowa, and William R. Sheridan, Asst. U. S. Atty., of Keokuk, Iowa, for appellant.

Clark, Pryor, Hale & Plock, of Burlington, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellant and concurrence of appellee.